Case 1:22-cv-00065-ACL Doc. #: 1 Filed: 05/16/22 Page: 1 of 4 PageID #: 1

RECEIVED
MAY 16 2022
BY MAIL

300 E Pedro Simmons D
Charleston, mo 63834

Page 1

US Eastern Dist. Court
111 S. Tenth St. Suite 8-N
St. Louis, mo 63102

May, 11th, 2022

Re: Request for Assistance

Dear to whom this does Concern

Hi, may this letter find you in good spirits. My name is: Franklin Kinsey, my Id no is 1339224. I am the recent victime of a 8th Amendment violation (medical deliberate Indiffrence) (resulting in serious injury by prison gaurds). I am a Transgender prisoner whom has been subjected to unfair treatment, PREA violations, Battery by excessive force, Denied adequate Clothing; and I am a Sezure patient whom has a active medical lay-in for a permaniant "bottom walk restriction/restricted" "not to be allowed on ladders or high places"... Staff was repeatedly told by designee ranking staff, nurses, and myself to not take me up stairs to the top walk. (2nd tier). But Custody Staff members repeatadly refused to listen or adhere to the lay-in's instructions.

On April, 28th, 2022, at 9:40pm - 9:45 pm. I was (once again), took up stairs to the 2nd tier for a Shower... I had warned Co. I Effan that I am "Bottom walk Restricted" as he was escorting me... He disregarded me, medical condition, and his job duty to up hold offender's medical lay-in(s). I request Any H.U. 2 wing video as evidence.

Page 2

On April, 25th, 2022 at 10:00 pm - 10:10 pm, as I existed the shower, being escorted by C.O. I Griffin I began feeling exhausted and weak. I had already began going down stairs when I blacked out... all I remember is waking up down stairs. Then the pain hit. I was hurting in multiple areas. (neck, back, both legs, arms, head). medical was present. I was put on a stretcher and taken to medical Building, immediately.

I was assessed for blood pressure. Strength in hands and feet! left (left foot weak). I was told by nurses Amy, Trent, Lizz "well I dont see any deformities He can go back" (to housing unit 2-A/my cell). nurse "Amy maxwell" and nurse Trent proformed the assessment... none of them proscribed a pain reliever (tylenol, ect.) nor even called the 24 hour doctor to see what he/she might decide, even though I explained to them that I was in excruciating pain....

When the two escorting officers Cpt. Stewart and CO II Koch attempted to escort me, I tried to stand up but pain shot straight through my foot and leg (Left foot and left leg). I couldn't put any pressure on it... I couldn't walk. I told the two guards and rather them report it to the nurses, they came in the medical cell and dragged me off the bed and drag me all the way back to 2 house (ad-seg). (I was not resisting, nor creating a disturbance of my own free will... I really could not walk). They forced me to hop some of the way because they were dragging me (evilly) (smiling).. This was all video taped.

I request for the handheld video tape recording of the actual event as evidence. 04/25/22   10:30 pm - 11:00 pm

page 3    I have reported to CO. II Hyten the incident on may, 2nd, 2022 while st returning from participating in my Right to Recreation I was josoled/yanked to a erupt stop which causes me to stop hopping and landed on my left fact/leg... the injured leg I report: dis coloration, swelling, sever pain, it looks horrid... I immediately fell to the grouned... a Code 16 (medical emergency) was called by CO. II Hyten and medical responded immediately. I was taken to medical immediately... I was x-rayed and fand to be suffering from a stravind leg tendon (and there is probably more injurres not on covered) Fexther evalcation has been recommended... I was issued an immediate lay-in and a wheel chair & I request the video tape as evidence

The above stemmed from Southeast Correctional Center's Custody Staff officer Guards refusing to keep me safe, (because I am a "Proud & Loud" and Colorfl Trans-woman) and 3 nurses not following the appropriate protocal in this situation. By the Custody Staff deliberate indifference to my medical Condition (Seziures) and medical lay-in warning them of the dangers they will be putting me in by doing so. (obvious fact: the Custody Staff was and is trained, extensively, to follow the medical lay-in's do to such instants/spantaneous occurrences may happen at of nowhere... Sezures occer spontaneously with little to no fore warning at all... (Staff is trained not to take this fact for granted). But for months (plural) that is exactly what housing unit 2 night shift crew has been doing. (on the 7pm to 7am shift) It is the male-staff member and administrative staff have been made felly aware of their Condect but chose to "turn a Blind Eye" and Biasly (roboticly)

Page 4 Now they cannot pretend to be blind, but I fear they will take actions to edit reports and video in order to ellude accountability... See Case Lawrence v. Bowersox 297 F.3d 727.

I'm reaching out in hopes to recieve Legal representation/Council

Thank you for your time and patience
                    Please respond
If I can be any aid Call me

Franklin Kinsey
Franklin Kinsey
ID# 1339224